IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LONNIE ALLEN WENZEL and REBECCA LOU WENZEL, Individually as Husband and Wife,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARILYN J. HERFEL,<br><br>　　　　Defendant. | Case No. 8:11cv248<br><br>ORDER |

　　Upon notice of settlement through mediation given to the magistrate judge by Andrea Snowden, counsel for defendant,

　　**IT IS ORDERED:**

　　1.  On or before **October 21, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

　　2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

　　3.  The pretrial conference set for September 20, 2013, is cancelled upon the representation that this case is settled.

　　Dated: September 19, 2013.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　United States Magistrate Judge